IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REX MASON SONS**                                                                                         **PLAINTIFF**

v.                                               **3:22 -CV-00038-BRW-JTK**

**KILOLO KIJAKZAI, Acting Commissioner,**
**Social Security Administration**                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the Commissioner's decision is reversed and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 4th day of October, 2022.


                    Billy Roy Wilson
                    UNITED STATES MAGISTRATE JUDGE