IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REX MASON SONS**                                                                                                    **PLAINTIFF**

VS.                                          **3:22-CV-00038-BRW**

**KILOLO KIJAKAZI**                                                                                                **DEFENDANT**
**Acting Commissioner, Social Security Administration**

## ORDER

Pending is Plaintiff's unopposed Motion for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. No. 20).

Since the parties agree that $8,500 is appropriate and the hours spent by counsel were reasonable, the motion is GRANTED. Accordingly, Plaintiff is entitled to $8,500 in attorney's fees.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[1]

All other pending motions are DENIED as MOOT (Doc. Nos. 17, 19)

IT IS SO ORDERED this 28th day of October, 2022.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).