IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REX MASON SONS**                                                                                                    **PLAINTIFF**

**VS.**                                                **3:22-CV-00038-BRW**

**SOCIAL SECURITY ADMINISTRATION**                                                          **DEFENDANT**

### ORDER

Pending is Plaintiff's unopposed Motions for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. Nos. 28, 29).

Because Plaintiff's unopposed request for $5,375 is appropriate and the hours spent by counsel were reasonable, the motions are GRANTED. Accordingly, Plaintiff is entitled to $5,375 in attorney's fees.

The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States.[1]

IT IS SO ORDERED this 5th day of September, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *Astrue v. Ratliff*, 130 S. Ct. 2521, 2527-28 (2010).