IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**REX MASON SONS**                                                                                       **PLAINTIFF**

VS.                                              **3:22-CV-00038-BRW**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## AMENDED ORDER

Pending are Plaintiff's unopposed Motions for Attorney's Fees under 42 U.S.C. § 406(b) (Doc. Nos. 28, 29). Because Plaintiff's unopposed request for a gross § 406(b) fee of $13,875 is appropriate and the hours spent by counsel were reasonable, the motions are GRANTED.

Counsel may retain the $8,500 in fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, in partial satisfaction of the § 406(b) award. Additionally, Plaintiff's counsel is entitled to a net $5,375 in attorney's fees under 42 U.S.C. § 406(b).

IT IS SO ORDERED this 11th day of September, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE
